## NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form.** *(COMPLETE ENTIRE FORM unless otherwise noted).*

Fifth Cir. Case NO. __25-60506__

White _____ vs. State Board _____

(Short Title)
The Clerk will enter my appearance as Counsel for __State Board of Election Commissioners; Tate Reeves,__

__in his official capacity os Governor of Mississippi; Lynn Fitch, in her official capacity as Attorney__

__General of Mississippi; Michael Watson, in his official capacity as Secretary of State of Mississippi__

(Please list names of all parties represented, attach additional pages if necessary.)
**The party(s) I represent IN THIS COURT** ☐ Petitioner(s)   ☐ Respondent(s)   ☐ Amicus Curiae

☑ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/Michael B. Wallace _____   mbw@wisecarter.com _____
(Signature)                                       (e-mail address)

Michael B. Wallace _____   6904 _____
(Type or print name)                              (State/Bar No.)

Attorney _____
(Title, if any)

Wise Carter Child & Caraway, P.A. _____

(Firm or Organization)
Address_____ PO Box 651 _____

City & State __Jackson, MS__ _____   Zip __39205-0651__

Primary Tel. __601-968-5500__ _____ Cell Phone: _____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.
**Name of Lead Counsel:** Justin Lee Matheny _____

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

_____

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)?
☑ Yes   ☐ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☑ Yes   ☐ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes   ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case _____
If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
__See attachment__ _____

_____

Name of Court or Agency_____

Status of Appeal (if any)_____

Other Status (if not appealed)_____

**NOTE: Attach sheet to give further details.**                                    DKT-5A REVISED June 2023

**Attachment to Entry of Appearance Form**
*White v. State Board of Election Commissioners*, Fifth Circuit No. 25-60506

To counsel's knowledge, the following cases are pending in this Court and/or a District Court within this Circuit and involve the same, substantially the same, similar or related issue(s) to this lawsuit on appeal:

*Nairne v. Landry*, CA5 No. 24-30115 – redistricting case, mandate held and this Court has extended the time for defendants-appellants to file petition for rehearing en banc

*Elizondo v. Spring Branch ISD*, CA5 No. 25-20365 – redistricting case, unopposed motion for abeyance pending

*Nairne v. Landry*, M.D. La. No. 3:22cv178 – redistricting case (underlying district-court case related to *Nairne v. Landry*, CA5 No. 24-30115), stayed on August 6, 2025 until redistricting cases pending at the United States Supreme Court are resolved in its 2025 Term

*Elizondo v. Spring Branch ISD*, S.D. Tex. No. 4:21cv1997 – redistricting case (underlying district court-case related to *Elizondo v. Spring Branch ISD*, CA5 No. 25-20365), final judgment stayed on September 17, 2025 until resolution of redistricting cases pending at the United States Supreme Court are resolved in its 2025 Term

*Clark v. Edwards*, M.D. La. No. 3:86cv435 – redistricting case, stayed on July 17, 2025 until redistricting cases pending at the United States Supreme Court are resolved in its 2025 Term