# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

September 29, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-60506   White v. State Board  
                  USDC No. 4:22-CV-62

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Dantrell L. Johnson, Deputy Clerk  
504-310-7689

Mr. Ming Cheung  
Mr. Charles Edward Cowan  
Mr. Justin Lee Matheny  
Ms. Jade Olivia Morgan  
Mr. Ari J. Savitzky  
Mr. Rex Morris Shannon, III  
Mr. Joshua Fiyenn Tom  
Mrs. Elizabeth Windsor Usry  
Mr. Michael Brunson Wallace  
Mr. Jonathan K. Youngwood