# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 29, 2025

Lyle W. Cayce
Clerk

No. 25-60506

DYAMONE WHITE; DERRICK SIMMONS; TY PINKINS;
CONSTANCE OLIVIA SLAUGHTER HARVEY-BURWELL,

*Plaintiffs—Appellees,*

*versus*

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *In his official capacity as Governor of Mississippi*; LYNN FITCH, *In her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *In his official capacity as Secretary of State of Mississippi*,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:22-CV-62

ORDER:

IT IS ORDERED that Appellants' motion to stay further proceedings in this court pending resolution in *SBEC v. Mississippi NAACP* (S. Ct. No. 25-234), *Louisiana v. Callais* (S. Ct. No. 24-109), *Nairne v. Louisiana* (CA5 No. 24-30115), and related cases is GRANTED.

IT IS FURTHER ORDERED that Appellants' motion for leave to file status reports every 60 days is GRANTED.

_____

STUART KYLE DUNCAN
*United States Circuit Judge*